**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____x

ABETH HASHIMI,                                                    Civil Action No.
             Plaintiff,                                            1:20-cv-01071-AMD-VMS

     -against-

THE CORNER SPOT INC. and,                              **JOINT STIPULATION OF**
LOUIS DEPINTO,                                                    **DISMISSAL WITH PREJUDICE**
             Defendants.
_____x

     Plaintiff ABETH HASHIMI and Defendant THE CORNER SPOT INC. and LOUIS

DEPINTO, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and,

except as otherwise agreed in writing and signed by the parties in this action, each party shall

bear its respective fees and costs.

     Dated: July 13, 2020

By:  s/ Maria-Costanza Barducci           By:  s/ Gabriel A. Levy
      Maria-Costanza Barducci, Esq.           Gabriel A. Levy, Esq.
        _Attorney for Plaintiff_               _Attorney for Defendant_
      Barducci Law Firm, PLLC             Gabriel A. Levy, P.C.
      5 West 19th Street, 10th Floor         5318 – 16th Avenue
      New York, New York 10011           Brooklyn, NY 11204
      (212) 433-2554                      (516) 287-3458
      MC@BarducciLaw.com             GLevyFirm@gmail.com

cc: Via CM/ECF